BENSON *v.* BOLLES, 8 Wend. 175.

Not reported in S. Ct.

### Landlord and Tenant; Collusive Surrender.

IN this case, a *landlord* demised premises for one year, to a tenant at a specified rent, and agreed that if he continued to occupy them for seven years at the same rent, he, the landlord, would pay him $50, for money laid out in repairs; and a *sub-tenant* of the lessee, *surrendered the premises to the landlord fourteen days* before the expiration of the seven years, paying him the rent up to that day.

The Supreme Court held that the lessee could not recover the $50 expended in repairs. But

The Court of Errors held, that the landlord, for the residue of the term, 14 days, must be considered a *quasi* subtenant to the original lessee, and at the expiration of the seven years, was liable for the $50 agreed to be paid for repairs.

Judgment *reversed* 10 to 9.